# United States District Court

## Eastern District of Wisconsin

KIRK E. BINTZLER,

      Petitioner,

          Plaintiff,

      v.

MATTHEW FRANK,

      Respondent.

JUDGMENT IN A CIVIL CASE

CASE NUMBER: 01-CV-807

[X]    Decision by Court. This action came for consideration before the Court.

IT IS ORDERED AND ADJUDGED
that the petition for a writ of habeas corpus is denied and this case is dismissed on its merits.

SOFRON B. NEDILSKY
Clerk of Court

July 14, 2006
Date

s/ V. Kelly Barton Terry
(By) Deputy Clerk

Approved  this 14th day of July, 2006.

s/AARON E. GOODSTEIN
United States Magistrate Judge